

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2020

No. 04-18-00865-CV

**IN RE THE COMMITMENT OF M.A.C.**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI23282
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

On July 17, 2019, we abated this *Anders* appeal to the trial court for appointment of new counsel to prepare and file an appellant's brief on the merits. A supplemental clerk's record containing the trial court's order appointing Ms. Judith Wemmert as new appellate counsel was filed. On August 23, 2019, we reinstated the case and ordered appellant's brief due on or before September 23, 2019. On October 18, 2019, neither a brief nor a motion for extension had been filed, and we ordered appellant's counsel to file appellant's brief in this appeal no later than November 1, 2019. On November 12, 2019, appellant filed a motion to extend the deadline to file a brief. We granted appellant's motion and extended the deadline for appellant to file his brief to December 6, 2019, with no further extensions absent extraordinary circumstances. To date, neither the brief nor a motion for extension of time to file the brief has been filed. On December 12, 2019, we notified appellant's counsel of the deficiency, and ordered her to respond by December 23, 2019, with a reasonable explanation for failing to timely file appellant's brief. We have received no response.

Pursuant to Rule 38.8(a)(2) of the Texas Rules of Appellate Procedure, we abate this case to the trial court and ORDER the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed or retained counsel abandoned the appeal? Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from the appellant. The trial court shall, however, order the appellant's counsel to be present at the hearing.

The trial court is further ORDERED to file supplemental clerk's and reporter's records in this court, no later than February 7, 2020, which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions. All appellate filing dates are ABATED pending further orders from this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court